GLENN S. LEON
Chief
U.S. Department of Justice Criminal Division, Fraud Section
BRANDON BURKART (NY. Bar No. 4840674)
Trial Attorney
    1400 New York Ave., NW
    Washington, D.C. 20005
    Telephone: (202) 341-6287
    Facsimile: (202) 514-0152
    E-mail:  brandon.burkart@usdoj.gov
Edward Emokpae (MD. Bar No. 1312170262)
    1400 New York Ave., NW
    Washington, D.C. 20005
    Telephone: (202) 616-2551
    Facsimile: (202) 514-0152
    E-mail:  Edward.Emokpae@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
9/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ER  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>ABRAHAM PARK and<br>KI YOUNG LEE,<br>aka KI Lee,<br><br>            Defendants. | SA CR  8:23-cr-00132-TJH<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF BRANDON BURKART<br><br>**(UNDER SEAL)** |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrant for the charged defendant Abraham Park) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Trial Attorney Brandon Burkart.

Dated: September 28, 2023        Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

_____
BRANDON BURKART
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF BRANDON BURKART**

I, BRANDON BURKART, declare as follows:

1. I am Trial Attorney in the United States Department of Justice, Fraud Section. I represent the government in the prosecution of <u>United States v. Abraham Park and Ki Young Lee, aka Ki Lee</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on September 28, 2023.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on September 28, 2023. The government will seek an arrest warrant for defendant Park in the event the indictment is returned, and defendant Lee, who is represented by counsel, will be issued a summons in the event the indictment is returned. The likelihood of apprehending defendant Park might be jeopardized if the indictment, summons for defendant Lee, and other related documents in this case were made publicly available before he is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment, the summons for defendant Lee, and related documents in this case (except the arrest warrant) be sealed and remain so until defendant Park is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

//
//
//

1

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 28, 2023.

_____
BRANDON BURKART

2