GLENN S. LEON
Chief, Fraud Section
BRANDON BURKART (NY. Bar No. 4840674)
Trial Attorney
    1400 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202)341-6287
    Facsimile: (202)514-0152
    Email:    Brandon.Burkart@usdoj.gov
ANDREW J. Jaco (Fla. Bar No. A5503040)
Trial Attorney
    1400 New York Avenue, NW
    Washington, D.C. 20530
    Telephone: (202)616-8730
    Facsimile: (202)740-0953
    Email:    Andrew.J.Jaco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>KI YOUNG LEE,<br><br>            Defendants. | No. 8:23-CR-00132-FWS<br><br>**STIPULATION FOR ORDER DIRECTING THE CLERK TO ACCEPT AND DEPOSIT ANY PRE-JUDGMENT PAYMENT FROM OR MADE ON BEHALF OF KI YOUNG LEE** |

Plaintiff United States of America and defendant KI YOUNG LEE ("Defendant") request that the Court issue an order directing the Clerk of the Court, Fiscal Department ("Clerk") to accept and deposit any payment made by, or on behalf of, the Defendant before sentencing or entry of judgment. This request is based on the following stipulation:

1. Defendant was indicted in this case on September 28, 2023. (Dkt. 1.) Defendant was charged with wire fraud, in violation of 18 U.S.C. § 1343, and engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. § 1957. (Dkt. 1.) He made his initial appearance in this case on October 30, 2023. (Dkt. 21).

2. The parties filed a plea agreement in this case on June 18, 2024, wherein the defendant agreed to plead guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343. (Dkt. 38.) In the plea agreement, Defendant acknowledged that he is subject to the imposition of a fine and "will be required to pay full restitution to the victim of the offense to which defendant is pleading guilty," which the parties then believed to be approximately $124,900. (Dkt. 38, ¶ 11.) A change of plea hearing was held on July 10, 2024. (Dkt. 40.) Defendant is currently on bond awaiting sentencing.

3. Defendant wishes to make, or to have made on his behalf, one or more payments toward his anticipated criminal debt obligation, including restitution, prior to sentencing.

4. In order to accept a pre-judgment payment of restitution and/or a fine, the Clerk requires a Court order directing that pre-judgment payments are to be received and deposited.

5. Accordingly, the parties request that the Court issue the

concurrently submitted proposed order, which directs the Clerk to accept and deposit any payment made by, or on behalf of, Defendant before his sentencing or the entry of judgment.

6. If Defendant is sentenced but not ordered to pay restitution or a fine, or if the pre-judgment payment(s) from Defendant exceed the ordered amount of restitution and/or fine, the Clerk should, upon further order of Court, return these funds to the payor (either Defendant or the person or entity paying on his behalf).

IT IS SO STIPULATED.

Dated: January 30, 2025

Respectfully submitted,
GLENN S. LEON
Chief, Fraud Section
Criminal Division
/s/ _____
Brandon Burkart
Trial Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 30, 2025

/s/ _____
CAROLINE R. HAHN
Attorney for Defendant
Ki Young Lee

*Pursuant to Local Rule 5-4.3.4.(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2